UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MILLENNIUM HEALTH, LLC                          :

                    Plaintiffs,         :

              -against-              :

                          :

WILLIAM GERLACH

                          :

               Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
15cv7235 DOC #:_____
DATE FILED: 9/22/15

ORDER

        The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge.  The purpose(s) for reference is/are the following:

| | |
|---|---|
| \_\_\_\_ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | \_\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| \_\_\_\_ Specific Non-Dispositive Motion/Dispute* | \_\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | \_\_\_\_ Habeas Corpus |
| __X__ Settlement* | \_\_\_\_ Social Security |
| \_\_\_\_ Inquest After Default/Damages Hearing | \_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Particular Motion:_____ |
| | All such motions: ____ |

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:  September 22, 2015
        New York, New York

                                UNITED STATES DISTRICT JUDGE
                                WILLIAM H. PAULEY III

*Copy mailed to:*

The Honorable James L. Cott
United States Magistrate Judge

*All Counsel of Record.*

-1-