# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 main fax
www.sheppardmullin.com

212.634.3023 direct
skirby@sheppardmullin.com

September 24, 2015

**VIA ECF**

Hon. James L. Cott
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

      Re:  *Millennium Health, LLC v. William Gerlach*
            Case No. 15-cv-7235 (WHP) (JLC)

Dear Judge Cott:

    My firm represents Plaintiff Millennium Health, LLC in the above-referenced matter. My office has conferred with Your Honor's chambers and counsel for Defendant William Gerlach, and I write to confirm that the parties are available to attend a settlement conference with Your Honor on Thursday, October 1, 2015 at 10:00 a.m.

    Please let me know if you have any questions regarding the foregoing.

                            Respectfully submitted,

                            Sean J. Kirby
                        for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP