USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIUM HEALTH, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM GERLACH, <br><br> Defendant. | Case No. 15-cv-07235-WHP <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's November 9, 2015 Stipulation and Order (ECF Doc. 24), Plaintiff Millennium Health, LLC ("Millennium"), and Defendant William Gerlach ("Gerlach") respectfully submit this joint status report regarding the progress of Millennium's discovery efforts under the Stipulation and Order and the ultimate resolution of the above-captioned matter. Pursuant to Section 3 of the Stipulation and Order, Gerlach produced documents and provided an affidavit to Millennium. A discovery dispute as to the justifiability of the redactions included in Gerlach's document production and redaction log is currently pending before Magistrate Judge Cott. The Parties agreed to postpone the deposition of Gerlach until Judge Cott rules on the pending discovery dispute.

In accordance with Section 3 of the Stipulation and Order, Millennium also sought discovery from Marc Cullinan and Southwest Laboratory, LLC ("Southwest"). Mr. Cullinan agreed to produce documents to Millennium no later than December 30, 2015, and to sit for deposition in early January. Southwest's document production is due to Millennium on December 23, 2015, and Millennium anticipates the deposition of Southwest will go forward in early to mid-January.

Dated: December 18, 2015

| | |
|---|---|
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | OUTTEN & GOLDEN LLP |
| | |
| s/Paul A. Werner | s/ Darnley S. Stewart |
| Paul A. Werner | Darnley D. Stewart |
| 2099 Pennsylvania Avenue, NW, Suite 100 | Shirley Lin |
| Washington, D.C. 20006-6801 | 3 Park Avenue, 29th Floor |
| Telephone: (202) 747-1900 | New York, New York 10016 |
| | Telephone: (212) 245-1000 |
| -and- | |
| | *Attorneys for Defendant* |
| Sean J. Kirby | |
| 30 Rockefeller Plaza | |
| New York, New York 10112 | |
| Telephone: (212) 653-8700 | |
| | |
| *Attorneys for Plaintiff* | |

The parties shall provide a joint status update to this court by January 29, 2016.

**SO ORDERED:**

_____ 12/21/15
WILLIAM H. PAULEY III U.S.D.J.

-2-