```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
MILLENIUM HEALTH, LLC,                        :
                                              :
                        Plaintiff,            :     ORDER
                                              :
        -v-                                   :     15-CV-7235 (WHP) (JLC)
                                              :
WILLIAM GERLACH,                              :
                                              :
                        Defendant.            :
------------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: |

**JAMES L. COTT, United States Magistrate Judge.**

Following the Court's December 18, 2015 Memorandum Order (Dkt. No. 31), counsel for Defendant has provided supplemental information for *in camera* review as to four redactions, identified as numbers 79, 80, 81, and 105 in Defendant's Privilege/Redaction Log. The Court has reviewed this information and concludes that these four redactions were proper in that they are not responsive to Plaintiff's document requests, contain proprietary and confidential information, and as to Nos. 79-81, are work-product protected. Accordingly, Defendant does not need to make any further disclosures beyond the ones previously ordered by the Court. The information in numbers 15 and 63 must be produced by January 6, 2016.

**SO ORDERED.**

Dated: New York, New York
       December 29, 2015

_____
JAMES L. COTT
United States Magistrate Judge